**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1225**

_____

KHALAH SABBAKHAN,

Plaintiff - Appellant,

v.

LYNN BRICE; JENNIFER NESBITT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:24-cv-00910-JAG)

_____

Submitted:  June 12, 2025                                    Decided:  June 17, 2025

_____

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Khalah Sabbakhan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khalah Sabbakhan appeals the district court's order dismissing her civil action challenging the decisions of a lower state court for lack of subject matter jurisdiction pursuant to the *Rooker-Feldman** doctrine and dismissing her claims under the Americans with Disabilities Act for failure to state a plausible claim for relief. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Sabbakhan's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Sabbakhan v. Brice*, 3:24-cv-00910-JAG (E.D. Va. Feb. 12, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923).

2